December 29, 2011



# JUDGMENT

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

SIR JOSHTON STA VOHN MARTIN, Appellant

NO. 14-10-00440-CR                    V.

NO. 14-10-00441-CR

THE STATE OF TEXAS, Appellee

_____

      This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgments. The Court orders the judgments **AFFIRMED**, that the appellant pay all costs expended in this appeal, and that this decision be certified below for observance.